Case Name: <u>Lorena Dominguez v. USA</u>                Case Number: ___1:23___ CV - ___07908___ ( _____ ) (PK)

| PROPOSED DISCOVERY PLAN/SCHEDULING ORDER | | | |
|---|---|---|---|
| | **DONE** | **NOT APPLICABLE** | **DATE** |
| **A.  ACTIONS REQUIRED _BEFORE_ THE INITIAL CONFERENCE** | | | |
| 1.   Rule 26(f) Conference held | XX | | |
| 2.   Rule 26(a)(1) disclosures exchanged | XX | | |
| 3.   Requested: | | | |
| a.   Medical records authorization | XX | | |
| b.   Section 160.50 releases for arrest records | | XX | |
| c.   Identification of John Doe/Jane Doe defendants | | XX | |
| 4.   Procedures for producing Electronically Stored Information (ESI) discussed | | XX | |
| 5.   Confidentiality Order to be submitted for court approval (see Standing Confidentiality Order on the Chambers website) | | | 11/11/2024 |
| **B.  SETTLEMENT PLAN** | | | |
| 1.   Plaintiff to make settlement demand | XX | | |
| 2.   Defendant to make settlement offer | | | 2/3/2025 |
| 3.   Referral to EDNY mediation program pursuant to Local Rule 83.8? (If yes, enter date for mediation to be completed) | | XX | |
| 4.   Settlement Conference (proposed date) | | | 3/3/2025 |
| **C.  PROPOSED DEADLINES** | | | |
| 1.   Motion to join new parties or amend pleadings | | XX | |
| 2.   Initial documents requests and interrogatories | | DONE | |
| 3.   All fact discovery to be completed (including disclosure of medical records) | | DONE | |
| 4.   Joint status report certifying close of fact discovery and indicating whether expert discovery is needed | | DONE | |

Rev. 11-03-20

| 5. Expert discovery (only if needed) | | *Check here if not applicable* ☒ | | |
|---|---|---|---|---|
| Plaintiff expert proposed field(s) of expertise: | | Various treating medical experts, life care planner, economist, and reserve rights to others | | |
| Defendant expert proposed field(s) of expertise: | | Medical and accident reconstruction experts and reserves right to identify others | | |
| | | **DONE** | **NOT APPLICABLE** | **DATE** |
| a. Affirmative expert reports due | | | | 1/13/25 |
| b. Rebuttal expert reports due | | | | 2/11/25 |
| c. Depositions of experts to be completed | | | | 3/28/25 |
| 6. Completion of ALL DISCOVERY (if different from C.3) | | | | 04/01/25 |
| 7. Joint status report certifying close of ALL DISCOVERY and indicating whether dispositive motion is anticipated | | | | 04/23/2025 |
| 8. If any party seeks a **dispositive motion**, date to (a) file request for pre-motion conference (if required), or (b) file briefing schedule for the motion | | | | 04/23/2025 |
| 9. Proposed Joint Pre-Trial Order due (if no dispositive motion filed) | | | | 05/08/2025 |

## D. CONSENT TO MAGISTRATE JUDGE JURISDICTION

| 1. All parties consent to Magistrate Judge jurisdiction for dispositive motion? | ☐ Yes<br>☒ No |
|---|---|
| 2. All parties consent to Magistrate Judge jurisdiction for trial? | ☐ Yes<br>☒ No |

## E. COLLECTIVE ACTION AND CLASS ACTION MOTIONS ONLY

| 1. Motion for collective action certification in FLSA cases | | | |
|---|---|---|---|
| a. Response due | | | |
| b. Reply due | | | |
| 2. Motion for Rule 23 class certification | | | |
| a. Response due | | | |
| b. Reply due | | | |

**This Scheduling Order may be altered or amended only upon a showing of good cause based on circumstances not foreseeable as of the date of this order.**

SO ORDERED:

_____
**PEGGY KUO**
**United States Magistrate Judge**

_____
**Date**